# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-508 (BAH) |
| **LUKE WESSLEY BENDER** and : | |
| **LANDON BRYCE MITCHELL,** : | |
| Defendants. : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now co-assigned to Assistant United States Attorney Samantha R. Miller. Assistant United States Attorney Jordan A. Konig remains Lead Attorney on behalf of the United States of America in this action.

Respectfully submitted,

Matthew M. Graves
United States Attorney

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No.: 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20001
Samantha.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney