NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  21-508-02

**Landon Bryce Mitchell**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Diane Shrewsbury (DC Bar No. 1021918)
*(Attorney & Bar ID Number)*
Office of the Federal Public Defender
*(Firm Name)*
625 Indiana Ave NW, Suite 550
*(Street Address)*
Washington, DC  20004
*(City)        (State)        (Zip)*
202-208-7500
*(Telephone Number)*