UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>    v.                                                   )<br>                                                              )    Case No. 21-cr-508 (BAH)<br>LUKE WESSLEY BENDER (1), and  )<br>LANDON BRYCE MITCHELL (2),     )<br>                                                              )<br>          **Defendants.**              )<br>                                                              ) | |

## JOINT MOTION FOR STAY OF REMAINING PRETRIAL DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Mr. Luke Wessley Bender, by and through his counsel, and Mr. Landon Bryce Mitchell, by and through his counsel, (collectively, "the parties") jointly move this Court to stay the remaining pretrial deadlines to allow the parties to finalize an alternative resolution.

The parties have been diligently preparing for trial and negotiating an alternative resolution. The parties have reached an agreement in principle whereby Mr. Bender and Mr. Mitchell will agree to proceed by way of a stipulated trial, preserving all appellate rights. The parties request a stay of the remaining pretrial deadlines to permit the parties to finalize the agreement to proceed by stipulated trial.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

   /s/
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office

1

For the District of Columbia
601 D Street, NW 20001
Samantha.Miller@usdoj.gov

MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Michael.Gordon3@usdoj.gov
Tel.: 813-274-6370

JORDAN A. KONIG
Supervisory Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C. 20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

    /s/
Elizabeth Mullin
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Elizabeth_Mullin@fd.org
Diane_Shrewsbury@fd.org

*Counsel for Landon Bryce Mitchell*

    /s/
Christopher Macchiaroli
SILVERMAN, THOMPSON, SLUTKIN &
WHITE
1750 K Street NW
Suite 810
Washington, DC  20006
(202) 539-2444
Cmacchiaroli@silvermanthompson.com

Emma Mulford
SILVERMAN, THOMPSON, SLUTKIN & WHITE
400 East Pratt Street
Suite 900
Baltimore, MD  21202
(410) 547-2432
emulford@silvermanthompson.com

*Counsel for Luke Wessley Bender*

3