# EXHIBIT: LETTER IN SUPPORT OF MR. MITCHELL

1/31/2023

Dear Judge Howell,

My name is Stormy Gardner, I am the Bookkeeping Manager for my mother-in-law's accounting firm. I've known Landon Mitchell about five years now, as his common-law sister-in-law.

My honest opinion of Landon is that he is a deeply sensitive person who hasn't had many positive examples in his young life. His intelligence and intuition are apparent if you'll take the time to get to know him, and he genuinely tries to see things from other people's perspective. He's been staying with us for part of the time he's been on house arrest. He knows I have strict expectations and high standards for behavior and has made a clear effort to abide every one of my long list of rules. He never faulted me for it, but understood that abiding by my rules of the home was a sign of respect to what I've been through in my own life, and that consideration wasn't lost on me. He does eat a lot of my burritos, though.

Landon has spoken to me on several occasions about starting a business that would help others with felonies on their record. He knows firsthand how difficult it is for someone who can't pass a background check to find employment. For someone in his position to consider his future at all, much less to form that plan with the intent of caring for others, struck me. He's also talked about getting a license or certification so that he can earn money in a trade, and when he was staying with my mother-in-law, paid her what he could of his wages. There's been a few times that he needed a few dollars for gas, or food, and each time, he told me when he would pay me back, and kept his word. Those two examples, to me, indicated that he cared whether he was hurting or helping his family.

He's been involved with faith-based organizations, one church where he converted to Christianity and a men's rehabilitation center come to mind, that changed his perspective on what rehabilitation really means. I believe this because after each of those experiences, his language, demeanor, and outlook were markedly changed for the better. And, though it may seem small, when he came to live here at our house, he asked to get his hair cut. Perhaps you have to know him, or the old Native American tradition that compelled this request, but he'd been growing it longer than I've known him. His hair, to him, was a symbol of the wrong kind of wisdom he'd acquired during that time and cutting it off was a sign of new beginnings, new wisdom. We've had long conversations about his beliefs, his life, his personal goals, and his shortcomings. He knows that his actions were hurtful to himself and his family, and he is truly sorry for that. I've encouraged, recommended, and asserted every way I know how that the good path - the only path for him now - is the straight-and-narrow. I believe he's finally listened.

I'm under no illusions as to the challenges Landon faces and he has made mistakes the word "severe" doesn't cover. The redeeming factor is that beyond all of those things, he just wants to live a normal life now, and become the person we all already see in him: compassionate, generous, and loyal. For me, there's nothing that could imbue those qualities inherent in his being.

Sincerely,

Stormy Gardner