# LETTER TO THE COURT FROM LANDON MITCHELL

Honorable Judge Howell[1],

    A lot has changed this last year and a ½. Politically and ideologically, I am so far removed from the man I used to be I dare say you'd be impressed. It's a hubling and eye-opening experience to see just how much of the Big Picture I was missing once I took my pride and ego out of the equation. Once I was able to admit to myself that I was wrong. I can say without hesitation that I regret being at the Capitol that day…that I was there for all the wrong reasons.

    I am not an unintelligent man, so it embarrasses me to see how badly I fell victim to Facebook politics and the mad zealotry with which I followed Trump. Praising the man instead of his policies. I will I could take it all back.

    To you, Judge Howell, I must both apologize and thank you. In the midst of my drug use and railing at circumstances, I didn't see how much you actually were trying to help me, instead of simply incarcerating me. While I didn't recognize it at first, despite my attitude, despite my drug use, you have shown me nothing but mercy and have entreated with me fairly. Though I messed it up, you gave me an opportunity to use my time positively. I am so grateful. Thank you.

                                                              Landon Mitchell

---

[1] Mr. Mitchell wrote a handwritten letter to the Court. Counsel have typed it up and attach the original to this.

...that has changed these past 2 years. Physically & Ideologically I am so far removed from the man I used to be I daresay you would be impressed. Its a humbling and eye-opening experience to see just how much of the big picture I was missing once I took my pride and ego out of the equation. Once I was able to admit to myself I was wrong. I can say without hesitation I regret being at the Capitol that day... That I was there for all the wrong reasons.

I am not an unintelligent man, so it embarrasses me to see how bad I fell victim to facebook politics and the mad zealotry with which I followed Trump. I wish I could take it all back.

To you, Judge Howell, I must both apologize and thank you. In the midst of my drug use and railing at circumstances, I didn't see how much you actually were trying to help me, instead of just simply incarcerating me. I didn't see it at the time and yet despite my attitude + persistent drug use you have shown me nothing but mercy and treated me with fairness. Though I messed it up, you gave me an opportunity to use my remaining time in a positive way. I am so grateful, thank you.

*[signature: John Mitchell]*