UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LANDON MITCHELL,<br><br>　　Defendant. | Case No. 21-CR-508 |

**UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)**

　　The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion. Counsel for the government has conferred with counsel for the defendant, Courtney Millian, Esq., who does not oppose this motion.

　　Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against the defendant, Landon Mitchell, with prejudice. As the reason for this dismissal, the government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021—and to the order and mandate issued by the United States Court of Appeals for the District of Columbia Circuit in *United States v. Mitchell*, No. 23-3060 (D.C. Cir. Feb. 3, 2025).

　　On February 3, 2025, the D.C. Circuit issued an order, on the government's motion, vacating Mr. Mitchell's convictions and remanding with instructions for the district court to dismiss his case as moot. *See* Order, *United States v. Mitchell*, No. 23-3060 (D.C. Cir. Feb. 3, 2025).

　　On February 4, 2025, this Court accordingly dismissed the case against Mr. Mitchell as moot. *See United States v. Mitchell*, No. 21-cr-717-BAH, Minute Order 2/4/25 (D.D.C.). However,

because Mr. Mitchell's notice of appeal was filed in the case number under which he was originally charged (Case No. 21-cr-717), rather than on the consolidated docket here (Case No. 21-cr-508), this Court's dismissal order was entered only in case number 21-cr-717.

As of the filing of this motion, Mr. Mitchell's convictions remain listed on the docket in this case (Case No. 21-cr-508)—the case into which Mr. Mitchell's case was consolidated, and the case number referenced on Mr. Mitchell's judgment of conviction. *See United States v. Mitchell*, No. 21-cr-508, Dkt. 134 (Apr. 20, 2023).

The government, therefore, respectfully requests that this Court reenter the dismissal order on this docket as well, so that the case number tied to Mr. Mitchell's judgment of conviction correctly reflects the vacatur of his convictions and dismissal of his case.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068